No. 661. Voris, Deputy Commissioner, Bureau of Employees' Compensation, U. S. Department of Labor, v. Eikel et al., doing business as Southern Stevedoring & Contracting Co., et al. C. A. 5th Cir. Certiorari granted. *Acting Solicitor General Stern* for petitioner. *John R. Brown* for respondents.

No. 691. Federal Power Commission v. Niagara Mohawk Power Corp. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Acting Solicitor General Stern* for petitioner. *John W. Davis, Randall J. LeBoeuf, Jr., Lauman Martin* and *Taggart Whipple* for respondent.

No. 703. Howell Chevrolet Co. v. National Labor Relations Board. C. A. 9th Cir. Certiorari granted. *Frederick A. Potruch* for petitioner. *Acting Solicitor General Stern* and *George J. Bott* filed a memorandum stating that respondent does not oppose the granting of a writ of certiorari.

No. 570. Sullivan et al. v. California. District Court of Appeal of California, Fourth Appellate District. Certiorari denied. *Kenyon C. Keller* for petitioners. *Edmund G. Brown,* Attorney General of California, *Frank W. Richards,* Assistant Attorney General, and *William E. James,* Deputy Attorney General, for respondent.

No. 643. Scarlett v. Maryland. Court of Appeals of Maryland. Certiorari denied. *R. Palmer Ingram* for

petitioner. *Edward D. E. Rollins,* Attorney General of Maryland, and *Kenneth C. Proctor,* Assistant Attorney General, for respondent.

No. 654. UNITED STATES *v.* MARR, ADMINISTRATRIX, ET AL. Court of Claims. Certiorari denied. *Acting Solicitor General Stern* for the United States. *Eugene Meacham* for Marr; and *Nicholas J. Chase* for Littlejohn, respondents.

No. 671. WASHINGTON ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Frank D. Reeves, B. Dabney Fox* and *William B. Harris* for petitioners. *Acting Solicitor General Stern, Beatrice Rosenberg* and *Murry Lee Randall* for the United States.

No. 673. TERMINAL RAILROAD ASSOCIATION OF SAINT LOUIS *v.* BARNETT. C. A. 8th Cir. Certiorari denied. *Richard Wayne Ely* for petitioner.

No. 677. NEEMAN (FORMERLY CONKLIN) *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Lawrence R. Condon* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, L. W. Post* and *John R. Benney* for respondent.

No. 678. WILLIAMS *v.* RANKIN, ARKANSAS COMMISSIONER OF STATE LANDS. Supreme Court of Arkansas. Certiorari denied. *Bruce T. Bullion* for petitioner. *Tom Gentry,* Attorney General of Arkansas, and *Lamar Wil-*